IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KARLA CAMPOS and MOOTASSEM EL-HAJJ, § § | |
| Plaintiffs, § § | |
| v. § | CIVIL ACTION NO. H-04-3892 |
| § § | |
| YELLOW, INC., § § § | |
| Defendant. § | |

## FINAL JUDGMENT

Based on the parties' settlement and the court's rulings, Yellow, Inc. is to pay the settling plaintiffs a total of $4,825.00 for their claims; $5,670.00 in attorneys' fees; and $2,038.22 in expenses. Each party is to pay the costs it incurred.

This is a final judgment.

SIGNED on December 4, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge